AO 91 (Rev. 11/11) Criminal Complaint

**FELONY**

United States Courts
Southern District of Texas
**FILED**
*October 18, 2021*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Enrique CARDENAS Jr. | ) | Case No. B-21-MJ-980 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 18, 2021__ in the county of __Kenedy__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 & 846 | Possession with Intent to Distribute approximatley 22 kilograms of cocaine, a Schedule II controlled substance, and Conspiracy of the same. |

This criminal complaint is based on these facts:

See Attachments.

☑ Continued on the attached sheet.

*Complainant's signature*

Tyler Hay, DEA Special Agent
*Printed name and title*

*Submitted by reliable electronic means, sworn to, and Signature attested to telephonically, pursuant to Fed.R.Crim.4.1 on:*

Date: __10/18/2021__

*Judge's signature*

City and state: __Brownsville, Texas__

Ronald G. Morgan, US Magistrate Judge
*Printed name and title*

B-21-MJ-980-1

1 of 2

United States

V.

Enrique CARDENAS JR.

## ATTACHMENT – A

### (AFFIDAVIT)

In October of 2021, Agents from the DEA Brownsville Resident Office (BRO) received information from a cooperating defendant regarding the narcotics trafficking activities of an individual known as Enrique aka "KIKE" that works at Austin Star Detonator Co. as a transporter. Agents, conducting database checks, were able to identify an employee by the name of Enrique CARDENAS and discovered a possible phone number being utilized by CARDENAS. Agents subsequently applied for, and were granted, a state GPS trap and trace (ping) court order for the telephone believed to be utilized by CARDENAS, which was activated on, or about, October 11, 2021.

On October 18, 2021 at approximately 8:25 am, Agents, conducting physical surveillance in the area of the Love's truck stop in Brownsville, Texas, were able to observe a red in color tractor trailer bearing Tennessee L/P: U388271 and "Austin Star Detonator Co." on the doors of the tractor, being driven by who Agents believed to be Enrique CARDENAS, depart the Love's truck stop and travel towards Interstate 69 without any stops. Agents proceeded to alert USBP Agents at the Sarita checkpoint to be on the lookout for the tractor-trailer, which was suspected of transporting narcotics.

At approximately 10:25 am, the Austin Star Detonator Co. tractor trailer entered the checkpoint for inspection. USBP Agents conducting regular line duties asked the driver, later identified as Enrique CARDENAS, for consent to search the inside of his tractor trailer. Upon requesting for consent, USBP Agents advised DEA Agents that CARDENAS' facial expressions and demeanor immediately changed. Subsequently, a USBP Duty K-9, conducting a non-intrusive open-air sniff of the tractor, indicated a positive alert for the presence of narcotics.

Once in the inspection area, CARDENAS, and a passenger, were escorted into the waiting area of the USBP checkpoint while Agents conducted a search of the tractor. While searching the trailer, USBP Agents discovered two (2) large paper shopping bags in the closet behind the driver's seat in the sleeper area of the tractor. Inside of each bag were ten (10) bundles wrapped in black electrical tape, representative of narcotics. At this time, CARDENAS and the passenger were placed under arrest. USBP Agents conducted a field test on one (1) of the bundles, which yielded a positive result for cocaine.

DEA Agents subsequently made contact with the passenger of the tractor and advised the passenger of his/her rights, which he/she agreed to waive and provide a statement to Agents. The passenger ultimately denied knowledge of the narcotics in the tractor. The passenger also advised Agents that when CARDENAS was advised by USBP Agents to divert the tractor to the secondary area for inspection, CARDENAS was saying, "shit, shit, shit" out loud. The passenger was subsequently released following the interview.

Agents subsequently made contact with the driver, Enrique CARDENAS and advised CARDENAS of his Miranda Rights. CARDENAS agreed to waive his rights in order to provide a statement to Agents. During the interview, CARDENAS broke down into tears, stating that he "let his family down" and that he had "failed his family." CARDENAS further stated that he know why Agents were interviewing him and never denied knowledge of any narcotics within the tractor trailer. CARDENAS advised Agents that he did not wish to continue the interview without a lawyer present, and the interview was terminated at that time. CARDENAS remained in custody for federal prosecution.

In total, Agents seized twenty (20) bundles of cocaine from the tractor trailer, with an approximate weight of 22 kilograms, and arrested one (1) individual (Enrique CARDENAS).

_Complainant's Signature_

Tyler Hay, DEA Special Agent
*Printed Name and Title*

Date: October 18, 2021

City and State: Brownsville, Texas

_Judge's Signature_

Ronald G. Morgan, United States Magistrate Judge
*Printed Name and Title*